1    **YU | MOHANDESI LLP**

2    **Jordan S. Yu** (SBN 227341)
     213.377.5502 | jyu@yumollp.com
3    **Pavel Ekmekchyan** (SBN 223222)
     213.985.2007 | pavel@yumollp.com
4    **Joshua M. Bryan** (SBN 225230)
     213.261.0731 | jbryan@yumollp.com
5    633 West Fifth Street, Suite 2800
     Los Angeles, CA 90071
6    213.377.5501 Facsimile

7    Attorneys for Defendant
     NewRez LLC fka New Penn Financial, LLC dba
8    Shellpoint Mortgage Servicing (named as "NewRez,
     LLC")
9

10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13

14   CHRISTIAN GIGUIERE,                    2:20-cv-02288-KJM-JDP

15              Plaintiff,                  **STIPULATION TO EXTEND TIME TO**
                                            **RESPOND TO INITIAL COMPLAINT;**
16   v.                                     **ORDER**

17

18   NEWREZ, LLC,

19              Defendant (s).

20

21

22

23

24

25

26

27

28

Plaintiff Christian Giguiere ("Plaintiff") and Defendant NewRez LLC fka New Penn Financial, LLC dba Shellpoint Mortgage Servicing (named as "NewRez, LLC")("Defendant" or "Shellpoint") file this Stipulation to Extend Deadline to Answer Complaint, as follows:

1.     This action was filed on November 16, 2020;

2.     Defendant has now been served in this matter;

3.     Plaintiff and Defendants have had discussions and continue to have dicsussions to potentially resolve this matter;

4.     Based upon the above settlement discussions, including additional time necessary for Defendant to evaluate Plaintiff's claims and good cause appearing, Plaintiff and Defendant agree that Defendant shall have up to and including January 25, 2021 in which to file a response to the Complaint.

IT IS SO STIPULATED.

DATED:  January 21, 2021.

YU | MOHANDESI LLP

By____*/s/ Joshua M. Bryan*_____
        Joshua M. Bryan
        Attorneys for Defendant
        NewRez LLC fka New Penn Financial, LLC dba
        Shellpoint Mortgage Servicing

DATED:  January 21, 2021.

SHAPERO LAW FIRM

By____*/s/ Sarah Shapero*_____
        Sarah Shapero
        Attorneys for Plaintiff
        Christian Giguiere

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 1 –

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1

**ORDER**

2

This Court, having reviewed the Stipulation of Plaintiff Christian Giguiere ("Plaintiff") and

3

Defendant NewRez LLC, f/k/a New Penn Financial, LLC dba Shellpoint Mortgage Servicing

4

("Defendant" or "Shellpoint") and finding good cause, hereby extends the time for Defendant to

5

respond to the Complaint up to and including January 25, 2021.

6

**IT IS SO ORDERED.**

7

DATED:  January 21, 2021.

8

_____
CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 2 –

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

...

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2021, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record below by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Sarah E. Shapero
Shapero Law Firm
One Market, Spear Tower
36th Floor
San Francisco, CA 94105
415-293-7995
Fax: 415-358-4116
Email: sarah@shaperolawfirm.com
*Counsel for Plaintiff*

DATED:  January 21, 2021

By: /s/ *Joshua M. Bryan*
Joshua M. Bryan

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 3 –