Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:  (415) 273-3504
Facsimile:  (415) 358-4116

Attorney for Plaintiff,
CHRISTIAN GIGUIERE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GIGUIERE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING; AND DOES 1 TO 50<br><br>    Defendant | Case No. 2:20−CV−02288−KJM−JDP<br><br>**ORDER** |

The Court, having read and considered the Joint Stipulation Regarding Dismissal with Prejudice, and good cause appearing, finds:

The Parties Amended Joint Stipulation Regarding Dismissal with Prejudice is GRANTED.

ACCORDINGLY, IT IS ORDERED.  This matter is hereby dismissed with prejudice.

DATED:  November 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER